Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia 

2 Division



JLT501C3.CO, A WEST VIRGINIA TAX EXEMPT ORGANIZATION

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

WEST VIRGINIA STATE AUDITORS OFFICE, KANAWHA COUNTY ASSESSOR, KANAWHA COUNTY SHERIFF KANAWHA COUNTY COMMISSION CITY OF CHARLESTON, WEST VIRGINIA

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:25-cv-118
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JLT501C3.CO, A WV TAX EXEMPT ORGANIZATION |
| Street Address | 1326 ELMWOOD AVENUE |
| City and County | CHARLESTON |
| State and Zip Code | WEST VIRGINIA 25301-1964 |
| Telephone Number | 304-421-3901 |
| E-mail Address | TENMINDSET@YAHOO.COM |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
  Name: WEST VIRGINIA STATE AUDITORS OFFICE
  Job or Title (if known):
  Street Address: STATE CAPITOL COMPLEX, BLDG 1 RM E-26,1900 KANAWHA
  City and County: CHARLESTON KANAWHA
  State and Zip Code: WEST VIRGINIA 25305
  Telephone Number: 304-558-2021
  E-mail Address (if known):

Defendant No. 2
  Name: kANAWHA COUNTY COMMISSION
  Job or Title (if known): KANAWHA COUNTY ASSESSORS OFFICE
  Street Address: 407 VIRGINIA STREET
  City and County: CHARLESTON   KANAWHA
  State and Zip Code: WEST VIRGINIA 25301
  Telephone Number: 304-357-0256
  E-mail Address (if known):

Defendant No. 3
  Name: CITY OF CHARLESTON WEST VIRGINIA
  Job or Title (if known): CHARLESTON LAND REFUSE AGENCY
  Street Address: 501 VIRGINIA STREET EAST
  City and County: CHARLESTON   KANAWHA
  State and Zip Code: WEST VIRGINIA 25301
  Telephone Number: 304-348-8000
  E-mail Address (if known):

Defendant No. 4
  Name: ANY/ALL TAX DEED RECIPIENTS; PURCHASED/STOLEN, MUNICIPAL INSURERS, WV INSURANCE COMMISSSION, WV TAX COMMISSION
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
14TH AMENDMENT
5TH AMENDMENT
18 U.S.C. 1343
18 U.S.C. 1341

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

      CHARLESTON, KANAWH COUNTY, WEST VIRGINIA
      BALTIMORE, MARYLAND
      PHILADELPHIA, PENNSYLVANIA

B.    What date and approximate time did the events giving rise to your claim(s) occur?
      PLAINTIFF IS UNABLE TO ASCERTAIN, EXACT DATES AND TIMES.

      IT ONLY DISCOVERED THE ACTIONS VIA COMMUNITY COMMENTS, POTENTIAL PURCHASERS AND ATTEMPTED SALES

      EG-AUCTIONEER SEARCHES 2024 AND 2025

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLAINTIFFS REAL ESTATE ASSETS WERE STOLEN, BY DEFENDANTS,
EACH DEFENDANT, BY ITS ILLEGAL ACTIONS AND FAILURE TO CORRECT SAID CONSPIRED TOGETHER TO DEPRIVE PLAINTIFF OF PAST, PRESENT AND FUTURE ENJOYMENT
OTHER DEFENDANTS ARE THE PURCHASERS, TRANSFEREES, CERTIFIERS, ILLEGAL RECIPIENTS AND ADMINISTRATORS  CONT'D -

THERE ARE 100'S....1000'S OF WEST VIRGINAINS; INDIVIDUAL AND CORPORATE WHO HAVE BEEN DEPRIVED OF ASSETS WITHOUT THE BENEFIT OF LEGAL DUE PROCESS
AND VIA FEDERAL CRIMINAL VIOLATIONS; THE CONSPIRACY....UNDER COLOR OF LAW USC 242

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

MONETARY* COMPENSATION IS NOT OUR FOCUS....OUR PROPERTY USE-INTENT IS FOR HUMAN....HUMANE REASONS

THE VALUE INDIVIDUALS RECEIVE IS IMMEASURABLE; AUTISM, FOSTER CARE, ETC...NOW!

*Defendants have valued theJLT501C3.CO business properties at approximately $300,000.00+-

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A Cease and Desist Order for any further Transfers-completed/planned, Development and Improvement of....
Mandamus-the following Real Properties be Returned to JLT501C3.CO.,a WV Exempt Corp., with Clear and Free Titles....Immediately
07040481 & 07002352  120 Marshall Avenue, Dunbar, WV    06655050  1504 Chandler Drive, Charleston, WV
06357587  712 Thompson Street, Charleston, WV       06350557  710 Thompson Street, Charleston, WV
06326585  412 Thompson Street, Charleston, WV       06683083  2102 Violet Drive, Charleston, WV
06683083  2004 Frank Hill Drive, Charleston, WV         and amy/all others not listed
Material Damages to be ascertained; buildings, contents, etc,when full access is re-gained
Punitive....As the Honorable Court sees fit
Exemplary.....That every WV Real Estate Owner; individual/corporate,that has been the subject of Due Process Violations....Under Color of Law via U.S.C. and did have their Assets "Taken"....be compensated!

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/17/2025

Signature of Plaintiff: JLT501C3.CO BY JANET L THOMPSON POA
Printed Name of Plaintiff:

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

These actions by Defendants did occur in the State of WV, Kanawha County and the City of Charleston.

The exact times can be determined by the wire and mail services, within these areas, as well as those wire and mail serices, sent across State lines to Federal Agencies

**Defendant WV Auditors**, knew there was no additional requirement for non profits, which did not make monies, that Office did email an inapplicable law....Homestead exemption  USC 1343

**Defendant Kanawha County Commission** did e-mail a faux form; Exemption appliction-there is no application  USC 1343

**Defendant Charleston Land Reuse Agency and Defendant WVSA** did conspire to have  JLT501C3.CO's property  transferred and information sent to DEFENDANT CLRA-a non owner  USC 1341

**Defendents, WVSA, KCC, CLRA** did conspire to increase property values, thus assessments...allowing for fraud/IRS credits and/or loan-levy values

**ALL DEFENDANTS and OTHERS** did conspire and did sale/deprive JLT501C3.CO, a tax exempt organization, of Real Estate, without our knowledge and against the 5th and 14th Amendments and the WV Real Estate Laws.

In further actions, One or more of the Defendants, conspired and did send, said JLT501C3.CO's assets/property values information via wire or postal services, as evidence, in a Federal hearing, regarding  Janet L Thompson's, (the incorporator of JLT)....personal/individual resources to a Federal governmental agency, knowing full well, they were a Business asset of JLT...and separate from the personal assets of the incorporator....legally not applicable assets of Janet L Thompson.

One or more of the Defendants, conspired even futher to supply another Federal governmental agency, via wire or postal service, by indicating that, Janet L Thompson, (the incorporator of JLT...) was an incarcerated individual, knowing this also was false.

These acts against the person of Janet L Thompson, the incorporator of JLT501C3.CO, were in  furtherance  to cover up their conspiratol acts, and did defraud (USC 242) Janet L Thompson, of her personal legal benefits, as well as disparage her reputation

In the interest of time...and the quick resolution*.....Plaintiff does have-but has has not divulged the exact names of those individual persons....so that they do not appear on the

public records

An Olive branch....

JLT.....


*quick resolution (even at this moment the Defendants again...are in the process of illegally transferring JLT...properties)

**Defendants can simply- reverse all deeds**

**WEST VIRGINIA STATE AUDITORS OFFICE, KANAWHA COUNTY ASSESSOR, KANAWHA COUNTY SHERIFF KANAWHA COUNTY COMMISSION CITY OF CHARLESTON, WEST VIRGINIA; ET AL**

2

# STATE OF WEST VIRGINIA
# STATUTORY FORM POWER OF ATTORNEY

IMPORTANT INFORMATION

    This power of attorney authorizes another person (your agent) to make decisions concerning your property for you (the principal). Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. The meaning of authority over subjects listed on this form is explained in the Uniform Power of Attorney Act, West Virginia Code § 39B-1-1, et seq.

    This power of attorney does not authorize the agent to make health-care decisions for you.

    You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die or revoke the power of attorney or the agent resigns or is unable to act for you.

    Your agent is entitled to reasonable compensation unless you state otherwise in the special instructions.

    This form provides for designation of one agent. If you wish to name more than one agent you may name a coagent in the Special Instructions. Coagents are not required to act together unless you include that requirement in the Special Instructions. If your agent is unable or unwilling to act for you, your power of attorney will end unless you have named a successor agent. You may also name a second successor agent.

    This power of attorney becomes effective immediately unless you state otherwise in the Special Instructions.

    If you have questions about the power of attorney or the authority you are granting to your agent, you should seek legal advice before signing this form.

DESIGNATION OF AGENT

JLT501G3.C0, A WEST VIRGINIA NONPROFIT, hereby name the following person as my agent:

Name of Agent: JANET L THOMPSON, AN INDIVIDUAL

Agent's Address: 1326 ELMWOOD AVENUE

CHARLESTON, WEST VIRGINIA 25301-1964

Agent's Telephone Number: 304-421-3901

    If my agent is unable or unwilling to act for me, I name as my first successor agent:

Name of My First Successor Agent: NONE

Address:

Telephone Number:

Page 1 of 5

If my first successor agent is unable or unwilling to act for me, I name as my second successor agent:

Name of My Second
Successor Agent: NONE

Address: _____

_____

Telephone Number: _____

GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in the Uniform Power of Attorney Act, West Virginia Code § 39B-1-1, *et seq*.:

(INITIAL each subject you want to include in the agent's general authority. If you wish to grant general authority over all of the subjects you may initial "All Preceding Subjects" instead of initialing each subject.)

( ___ )   Real Property.
( ___ )   Tangible Personal Property.
( ___ )   Stocks and Bonds.
( ___ )   Commodities and Options.
( ___ )   Banks and Other Financial Institutions.
( ___ )   Operation of Entity or Business.
( ___ )   Insurance and Annuities.
( ___ )   Estates, Trusts, and Other Beneficial Interests.
( ___ )   Claims and Litigation.
( ___ )   Personal and Family Maintenance.
( ___ )   Benefits from Governmental Programs or Civil or Military Service.
( ___ )   Retirement Plans.
( ___ )   Taxes.
( ☒ )   **All Preceding Subjects.**

GRANT OF SPECIFIC AUTHORITY (OPTIONAL)
**MY AGENT MAY NOT DO ANY OF THE FOLLOWING SPECIFIC ACTS FOR ME UNLESS I HAVE INITIALED THE SPECIFIC AUTHORITY LISTED BELOW:**
(CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. INITIAL ONLY the specific authority you WANT to give your agent.)

( ___ )   Create, amend, revoke, or terminate an inter vivos trust.
( ___ )   Make a gift, subject to the limitations of the West Virginia Uniform Power of
          Attorney Act and any special instructions in this power of attorney.

Page 2 of 5

(____)  Create or change rights of survivorship.
(____)  Create or change a beneficiary designation.
(____)  Authorize another person to exercise the authority granted under this power of attorney.
(____)  Waive the principal's right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan.
(____)  Exercise fiduciary powers that the principal has authority to delegate.
(____)  Disclaim or refuse an interest in property, including a power of appointment.
(____)  Access the content of electronic communications.

LIMITATION ON AGENT'S AUTHORITY

An agent that is not my ancestor, spouse, or descendant MAY NOT use my property to benefit the agent or a person to whom the agent owes an obligation of support unless I have included that authority in the Special Instructions.

SPECIAL INSTRUCTIONS (OPTIONAL)

You may give special instructions on the following lines:

_____
_____

EFFECTIVE DATE

This power of attorney is effective immediately unless I have stated otherwise in the special instructions stated above.

NOMINATION OF CONSERVATOR OR GUARDIAN (OPTIONAL)

If it becomes necessary for a court to appoint a conservator of my estate or guardian of my person, I nominate the following person(s) for appointment:

Name of Nominated Conservator: _____

Address: _____
         _____

Telephone Number: _____

Name of Nominated Guardian: _____

Address: _____
         _____

Telephone Number: _____

Page 3 of 5

RELIANCE ON THIS POWER OF ATTORNEY

　　　Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows it has terminated or is invalid. Unless expressly stated otherwise, this power of attorney is durable and shall remain valid if I become incapacitated.

SIGNATURE AND ACKNOWLEDGMENT

Date: FEBRUARY 17 , 20 25 .　　JLT501C3.Co  BY AGENT
　　　　　　　　　　　　　　　　　　　Your Signature

　　　　　　　　　　　　　　　　JLT501C3.CO
　　　　　　　　　　　　　　　　Your Printed Name

Your Address: 1326 ElMWOOD AVENUE

　　　　　　　　CHARLESTON, WEST VIRGINIA 25301-1964

Your Telephone Number: 304-421-3901

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA , To-wit:

　　　This document was acknowledged before me this 17TH day of February , 2025 by Janet L. Thompson, AGENT _____ (Name of Principal).

　　　My commission expires March 12, 2026 _____.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Notary Public

This document prepared by:

JLT501C3.CO

Page 4 of 5



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Lisa M Bailey
506 Thompson Street
Charleston, WV 25311
My Commission Expires March 12, 2026

IMPORTANT INFORMATION FOR AGENT

When you accept the authority granted under this power of attorney, a special legal relationship is created between you and the principal. This relationship imposes upon you legal duties that continue until you resign or the power of attorney is terminated or revoked.

You must:

(1) Do what you know the principal reasonably expects you to do with the principal's property or, if you do not know the principal's expectations, act in the principal's best interest; act in good faith;

(2) Do nothing beyond the authority granted in this power of attorney; and

(3) Disclose your identity as an agent whenever you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner: 

| JLT501C3.C0 | by | _____ |
|---|---|---|
| (Principal's Name) | | (Your Signature) as Agent |

Unless the special instructions in this power of attorney state otherwise, you must also:

(1) Act loyally for the principal's benefit;

(2) Avoid conflicts that would impair your ability to act in the principal's best interest;

(3) Act with care, competence and diligence;

(4) Keep a record of all receipts, disbursements and transactions made on behalf of the principal; and

(5) Cooperate with any person that has authority to make health-care decisions for the principal to do what you know the principal reasonably expects or, if you do not know the principal's expectations, to act in the principal's best interest; and attempt to preserve the principal's estate plan if you know the plan and preserving the plan is consistent with the principal's best interest.

You must stop acting on behalf of the principal if you learn of any event that terminates this power of attorney or your authority under this power of attorney. Events that terminate a power of attorney or your authority to act under a power of attorney include:

(1) Death of the principal;

(2) The principal's revocation of the power of attorney or your authority;

(3) The occurrence of a termination event stated in the power of attorney;

(4) The purpose of the power of attorney is fully accomplished; or

(5) If you are married to the principal, a legal action is filed with a court to end your marriage or for your legal separation, unless the Special Instructions in this power of attorney state that such an action will not terminate your authority.

The meaning of the authority granted to you is defined in the Uniform Power of Attorney Act West Virginia Code § 39B-1-1, *et seq*. If you violate the Uniform Power of Attorney Act or act outside the authority granted, you may be liable for any damages caused by your violation.

If there is anything about this document or your duties that you do not understand, you should seek legal advice.